DAMON M. BROWN, County Counsel (SBN 242265)
By: SOFIA L. REZVANI, Senior Deputy (SBN 333447)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 335
San Diego, California 92101-2469
Telephone: (619) 694-6031; Fax: (619) 531-6005
Email: Sofia.Rezvani@sdcounty.ca.gov

Attorneys for Defendants COUNTY OF SAN DIEGO, DAVID COCHRAN, and LIAM CAREY (sued herein as "L. CAREY")

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BABAK EMRANI.<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; DAVID COCHRAN; L. CAREY; ALVIN EVANS; and DOES 1-50,<br><br>Defendants. | No. '26CV5416 LL MMP<br><br>**COUNTY DEFENDANTS' NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a) and 28 U.S.C. SECTION 1331 (FEDERAL QUESTION)**<br><br>**JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE** that Defendants COUNTY OF SAN DIEGO, DAVID COCHRAN, and LIAM CAREY (collectively, "the County Defendants") hereby remove the state court action described below from the Superior Court of the State of California, County of San Diego, to this Court.

## I. STATE COURT ACTION

On September 8, 2025, Plaintiff BABAK EMRANI commenced an action in the Superior Court of the State of California, County of San Diego, entitled *Babak Emrani v. County of San Diego, San Diego Sheriff's Department, Kelly Martinez, David Cochran,*

*Pantoja Giovani, Detective Quezada, Charge Nurse "Amanda," and DOES 1-50*, Case No. 25CU48103N. Upon information and belief, none of the defendants named therein were ever served with Plaintiff's Complaint. On August 13, 2026, Plaintiff filed a First Amended Complaint ("FAC") naming the County of San Diego, David Cochran, L. Carey, Alvin Evans, and DOES 1-50 as defendants, effectively dismissing Kelly Martinez, Pantoja Giovani, Detective Quezada, and Charge Nurse "Amanda" as defendants. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of the Complaint and FAC are collectively attached hereto as Exhibit A.

## II. TIMELINESS OF NOTICE OF REMOVAL

Plaintiff served the County via the Clerk of the Board of Supervisors on August 20, 2026, and thus, the 30-day period under 28 U.S.C. § 1446(b)(1) for the County to remove the action to federal court ends on September 21, 2026[1]. *See Exhibit A*. Accordingly, this Notice of Removal is timely.

## III. JURISDICTION AND VENUE

In his FAC, Plaintiff alleges – among other things – violation of his civil rights under the Fourth and Fourteenth Amendments to the United States Constitution. *See Exhibit A*. As such, the FAC pleads claims over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and the action is therefore subject to removal pursuant to 28 U.S.C. § 1441(a).

This action was pending in the Superior Court of the State of California, County of San Diego, which is located within the Southern District of California. Additionally, the claims outlined in the FAC arise from alleged acts and/or omissions that occurred within the County of San Diego. Thus, venue is proper pursuant to 28 U.S.C. § 1441(a).

///

///

///

[1] Plaintiff also served Defendants Cochran and Carey with his FAC on August 24 and 31, 2026, respectively.

## IV. CONSENT BY ALL SERVED DEFENDANTS

Upon information and belief, Plaintiff served Defendant Evans with his FAC on September 1, 2026. While he has not yet appeared in this matter, County Counsel advised Defendant Evans of the County Defendants' intention to remove the state court action to this Court. Defendant Evans has no objection to removal.

## V. NOTIFICATION TO ADVERSE PARTY

This Notice of Removal will be promptly served on all parties and filed with the Clerk of the Superior Court of the State of California, County of San Diego.

## VI. DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), the County Defendants hereby make a demand for a jury trial on any issue triable of right by a jury.

DATED: September 21, 2026 DAMON M. BROWN, County Counsel

By: *Sofia L. Rezvani*
SOFIA L. REZVANI, Senior Deputy
Attorneys for Defendants COUNTY OF SAN DIEGO, DAVID COCHRAN, and LIAM CAREY